IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLIFTON ROBERT WARNER                                          PETITIONER

v.                      Civil No. 07-07-5031

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

### ORDER

Clifton Robert Warner, a prisoner of the Tucker Maximum Security Unit of the Arkansas Department of Correction, has submitted for filing in this district a petition for writ of habeas corpus under 28 U.S.C. § 2254. Along with his petition, Warner submitted an application to proceed *in forma pauperis* (IFP). The application to proceed IFP is granted.

Having granted the application to proceed IFP, the United States Marshal is directed to serve a copy of the petition on the Respondent, Larry Norris, Director, Arkansas Department of Correction, and the Attorney General of the State of Arkansas, without prepayment of fees and costs or security therefor. Respondent, Larry Norris, Director, Arkansas Department of Correction, is ordered to respond to the petition within twenty (20) days from the date of service.

IT IS SO ORDERED this __16__ day of February 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 2 1 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)

dockets.Justia.com