```
       IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**CLIFTON ROBERT WARNER**                                              **PLAINTIFF**

           v.            Civil No. 07-5031

**LARRY NORRIS, Director,**
**Arkansas Department of Corrections**                                 **DEFENDANT**

## O R D E R

Now on this 27th day of July, 2007, comes on for consideration plaintiff's letter **Motion For Reconsideration** (document #20) as to this Court's denial of a Certificate Of Appealability. The Court is not persuaded that there is any basis to reconsider its earlier denial, and therefore the present motion is **denied**.

   **IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**